**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Dora KAISEL, Doing Business, etc., et al.**

No. 504.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1940.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Charles H. Spoehrer, of St. Louis, Mo., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to petition for enforcement, stipulation and consent.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. M. F. A. MILLING COMPANY.**

No. 507.

Circuit Court of Appeals, Eighth Circuit.

Oct. 22, 1940.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Neale, Newman, Neale & Freeman, of Springfield, Mo., for respondent.

PER CURIAM.

Order of Labor Board modified, and as modified, affirmed and enforced, on petition for enforcement, stipulation and consent.

**UNITED STATES of America, Appellant, v. COMMERCE TRUST COMPANY, a Corporation.**

No. 11764.

Circuit Court of Appeals, Eighth Circuit.

Oct. 24, 1940.

Richard K. Phelps, Acting U. S. Atty., and Charles L. King and Otto Schmid, Asst. U. S. Attys., all of Kansas City, Mo., for appellant.

Barnett, Sedden & James, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 30 F.Supp. 205, dismissed without taxation of costs in favor of either of the parties in this Court, on notice and motion of appellee.

**UNITED STATES of America, Appellant, v. William H. DANFORTH.**

No. 11870.

Circuit Court of Appeals, Eighth Circuit.

Oct. 18, 1940.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., for appellant.

J. L. London and Leahy, Walther & Hecker, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.